# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )   | |
| Plaintiff,         ) | |
| )   | 8:09CR32 |
| vs.         ) | |
| )   | ORDER |
| QUINCEY L. MOORE,         ) | |
| )   | |
| Defendant.         ) | |

This matter is before the court on the defendant's motion for an extension of time in which to file pretrial motions (Doc. 35). The motion does not comply with NECrimR 12.1(a) and paragraph 9 of the Progression Order (Doc. 25) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1) Has been advised by counsel of the reasons for seeking a continuance;
(2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3) With this understanding and knowledge, agrees to the filing of the motion.

Nor is there a certificate of service, as required by NECrimR 49.5.

For these reasons,

**IT IS ORDERED** that the motion is held in abeyance until February 25, 2009. If the deficiencies noted above are not cured by **February 25, 2009**, the motion will be denied.

**DATED February 20, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**